FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-CR-00173-TOR-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S EXPEDITED MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| JESSE JAMES DONOVAN, | **MOTIONS GRANTED** |
| Defendant. | **(ECF No. 28, 29)** |

Before the Court is Defendant's Expedited Motion to Modify Conditions of Release, **ECF No. 28**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting the Court no longer require electronic home monitoring.

The Court finding good cause, **IT IS ORDERED** Defendant's Expedited Motion, **ECF No. 28, 29,** is **GRANTED**. Special condition #28 of Defendant's release conditions, **ECF No. 23,** requiring electronic monitoring is rescinded.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 26, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1